IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 30 2007

MATTHEW J. DYKMAN
CLERK

MARGOT PATSCHECK,

Petitioner,

v.                                   CIVIL NO. 05-0190 JB/DJS

WILLIAM SNODGRASS, Warden,

Respondent.

### ORDER AND JUDGMENT

This matter having come before the Court on the proposed findings and recommended disposition of the United States Magistrate Judge, objections to the proposed findings and recommended disposition having been filed, and the Court having made a *de novo* determination of the Magistrate Judge's proposed findings and recommended disposition;

IT IS HEREBY ORDERED that the proposed findings and recommended disposition of the United States Magistrate Judge are adopted by the Court;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this action be, and hereby is, dismissed with prejudice.

HON. JAMES O. BROWNING
UNITED STATES DISTRICT JUDGE